

# Fourth Court of Appeals
## San Antonio, Texas

July 6, 2016

No. 04-16-00283-CV

Lee Nick **MCFADIN** III,
Appellant

v.

**BROADWAY COFFEEHOUSE, LLC** and Marcus Rogers, as Trustee for the Saks Children Trusts a/k/a ATFL&L, a Texas Trust,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Antonia Arteaga, Judge Presiding

## ORDER

In accordance with the court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION and we ORDER the stay previously imposed by the May 6, 2016 order lifted.

We order that appellees Broadway Coffeehouse, LLC and Marcus Rogers, as Trustee for the Saks Children Trusts a/k/a ATFL&L, a Texas Trust recover their costs of appeal, if any, from appellant Lee Nick McFadin III.

It is so **ORDERED** on July 6, 2016.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of July, 2016.

_Keith E. Hottle_
Keith E. Hottle, Clerk